UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Renee Jackson<br><br>Debtor(s)<br>Renee Jackson<br><br>Plaintiff(s)<br>Carrington Mortgage Services, LLC<br><br>Defendant(s) | BK No.: 11-29987<br><br>Chapter: 13<br><br>Honorable Jack B. Schmetterer<br><br>Adv. No.: 11-01840 |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Pursuant to a Default Order and because the allegations in the Complaint have been taken as confessed against Carrington Mortgage Services, LLC, the following findings of fact and conclusions of law are made and will be entered:

1. On July 22, 2011, Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court has jurisdiction pursuant to Secs. 157 and 1334 of Title 28, United States Code.

3. This is a core proceeding within the meaning of Sec. 157(B)(1) and (2) of Title 28, United States Code.

4. Venue is proper pursuant to Sec. 1409 of Title 28, United States Code.

5. At the time of filing, Debtor's real estate located at 17841 Sarah Court, Country Club Hills, Illinois 60478 (hereafter referred to as "Property"), was valued at approximately $54,000.00 and Debtor owed $124,204.27 for the first mortgage with Residential Credit Solutions, Inc.

6. Defendant's junior mortgage would be an allowed secured claim to the extent of the value of the estate's interest in the property securing the claim under 11 USC Sec. 506(a) and (d). The defendant's junior mortgage is void to the extent it is not an allowed secured claim.

7. The amount of the first mortgage, $124,204.27, exceeds the value of the underlying property, $54,000.00.

8. Because the junior mortgage lien held by the Defendant is wholly unsecured, it should not be allowed as a secured claim and the mortgage lien may be stripped off. In re Mann, 249 B.R. 831, 840 (1st Cir. BAP 2000); In re Pond, 2001 U.S. App. Lexis 11287 (2nd Cir.).

Rev: 20110603_apo

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: 2/9/12
**Prepared by:**

Law Office of Ernesto Borges
105 West Madison, Suite 2300
Chicago, IL 60602
312-853-0200